175 So. 920

STATE ex rel. ATTORNEY GENERAL v. J. L., alias J. Louis CORBITT, as Sheriff of Henry County.

4 Div. 948.

Supreme Court of Alabama.

June 5, 1937.

Rehearing Denied June 24, 1937.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

W. L. Lee, of Dothan, for defendant.

PER CURIAM.

Not guilty.

ANDERSON, C. J., and THOMAS, BOULDIN and FOSTER, JJ., concur.

GARDNER and BROWN, JJ., dissent.

KNIGHT, J., not sitting.

173 So. 915

STATE ex rel. ATTY. GEN. v. W. C., alias Neal, DANIEL, as Sheriff of Macon County.

5 Div. 246.

Supreme Court of Alabama.

April 6, 1937.

A. A. Carmichael, Atty. Gen., and Thos. S. Lawson, Asst. Atty. Gen., for the State.

Powell & Powell and Henry Neill Segrest, all of Tuskegee, and Jacob A. Walker, of Opelika, for defendant.

PER CURIAM.

The majority of the court, consisting of Justices GARDNER, THOMAS, BOULDIN, BROWN, and KNIGHT, find the defendant guilty, and his impeachment is directed. Justice KNIGHT concurs in a special finding, as follows:

KNIGHT, Justice (concurring specially).

The evidence in this case does not convince me beyond a reasonable doubt that the defendant has been guilty of corruption in office, as charged in the information, and he should, in my opinion, be acquitted of that charge.

However, after a most careful consideration of all the evidence, I am at the conclusion that the defendant, during his present term of office, has been guilty of such willful neglect of duty as justifies his removal from office. To this extent I concur in the conclusion of the majority of my associates.

ANDERSON, C. J., and FOSTER, J., dissent.

173 So. 915

Ex parte STATE ex rel. Ebb COBB et al.

6 Div. 65.

Supreme Court of Alabama.

April 23, 1937.

Richard H. Fries, of Birmingham, for petitioners.

Ross, Bumgardner, Ross & Ross, of Bessemer, for respondent.

PER CURIAM.

Petition dismissed.

174 So. 896

STATE ex rel. C. W. WILKINSON v. Powell P. BAKER et al.

6 Div. 124.

Supreme Court of Alabama.

May 3, 1937.

Wm. S. Pritchard and David R. Solomon, both of Birmingham, for appellant.

D. S. Satterwhite, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.